TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00092-CV

Denise Weinberg, Appellant

v.

Texas State Board of Social Worker Examiners, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 96-15124, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 6, 1997

Do Not Publish